# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDEE OGILVIE,<br>          Plaintiff,<br><br>v.<br><br>SUMMA GLOBAL EDUCATION<br>d/b/a ANB EDUCATION,<br>          Defendant. | CIVIL ACTION<br><br><br><br>NO. 23-4884 |

## O R D E R

**AND NOW**, this 10th day of January, 2025, upon review and consideration of Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim (ECF No. 11) and Plaintiff's response thereto (ECF No. 12), **IT IS ORDERED** that the Motion is **GRANTED.** As a result, Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE.**

                                                              BY THE COURT:

                                                              /s/ Hon. Kelley B. Hodge
                                                           _____
                                                             HODGE, KELLEY B., J.